## Commonwealth *v.* Manchor, Appellant.

Submitted September 21, 1970. *Daniel C. Barrish*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, Executive Assistant District Attorney, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Marshall, Appellant.

Submitted September 14, 1970. *Rudolph S. Pallastrone*, for appellant; *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.